UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CADLES OF GRASS MEADOWS II, LLC,

                Plaintiff,

            - against -

THOMAS FORRISI,

                Defendant.
-----------------------------------------------------------------X

ORDER
10-CV-359 (RRM) (RML)

MAUSKOPF, United States District Judge.

By motion dated March 17, 2010, Plaintiff, Cadles of Grass Meadows II, LLC, moved for a default judgment against Defendant Thomas Forrisi pursuant to Fed. R. Civ. P. 55. Document 4. By Order dated March 18, 2010, this Court referred that motion to the Honorable Robert M. Levy, United States Magistrate Judge, for a Report and Recommendation. On July 1, 2010, Judge Levy issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion be granted and that Plaintiff receive (a) the principal sum of $158,030.21; (b) interest at a rate of 9.875 percent per annum on payments due from December 1, 2008 to the date of entry of judgment; (c) late fees in the amount of two percent per missed monthly payment from December 1, 2008 to the date of judgment; and (d) $460.00 in costs. Judge Levy's R&R properly provided notice that, pursuant to Rule 72(b), any objection to the R&R must be filed within fourteen days.[1] To date, neither party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the well-reasoned R&R for clear error and, finding none, adopts the R&R in its entirety. See Covey v. Simonton, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

---

[1] As the docket reflects, on July 2, 2010, the Clerk of Court sent the R&R to Defendant at two different addresses by regular mail as well as by overnight delivery service.

## CONCLUSION

Accordingly, it is hereby ORDERED that Plaintiff's motion for default judgment [Doc. Nos. 4 and 12] is GRANTED. It is further ORDERED that judgment be entered against Thomas Forrisi in the amount of 1) $158,030.21, plus interest at a rate of 9.875 percent per annum from December 1, 2008 to the date of entry of judgment; plus 2) late fees in the amount of two percent per missed monthly payment of $1393.69 from December 1, 2008 to the date of judgment; plus 3) $460.00 in costs. The Clerk of Court is directed to enter judgment accordingly and close the case.

SO ORDERED.

Dated: Brooklyn, New York
July 26, 2010

_____
ROSLYNN R. MAUSKOPF
United States District Judge